**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:                                                          Chapter 7 Proceeding

Justin J Garcia                                          Case No. 18-18170-LMI
Pamela Adriana Garcia

      Debtors.
_____/

## TRUSTEE'S PROPOSED NOTICE OF ABANDONMENT

**TO:   ALL CREDITORS AND INTERESTED PARTIES ENUMERATED ON THE LIST ATTACHED TO THE ORIGINAL NOTICE ON FILE WITH THE COURT.**

**NOTICE IS HEREBY GIVEN THAT:**

      **MARIA M. YIP,** Trustee in Bankruptcy herein, pursuant to 11 U.S.C. § 554(a) intends to abandon the following property due to either no real value to the estate, claimed exempt by the Debtor(s), or liens and encumbrances exceed the value thereof:

1. 7968 SW 105 Place Miami, FL 33173
2. 2018 Audi A4
3. 2018 Audi A5
4. 380 Beretta pistol
5. Karibbean Life, Inc.
6. Koko & Palenki, Inc.
7. Koko & Palenki Retail, Inc.
8. Style House LLC
9. Storage Unit containing shopping bags, register receipts and some store furniture and racks belonging to Koko & Palenki, Inc. and Koko & Palenki Retail, Inc. 4555 SW 72nd Ave. Miami, FL 33155

      *Any parties objecting to this abandonment must file a written objection with the Clerk of the Bankruptcy Court, C. Clyde Atkins U.S. Courthouse, 301 N. Miami Ave, Suite 150, Miami, Florida 33128, with a copy to the undersigned Trustee in Bankruptcy. Pursuant to Bankruptcy Rule 6007, the proposed abandonment will be deemed approved without necessity of a hearing or order, if no objection is filed and served within 14 days after the date of service of this notice.*

I HEREBY CERTIFY that a true and correct copy of the *Trustee's Proposed Notice of Abandonment* was served on those parties enumerated on the attached service list via regular mail and to those parties listed with the Court to receive notices via electronically.

Dated: October 27, 2018                    By: /S/ *Maria M. Yip, Trustee*
                                              Maria M. Yip, Trustee
                                              2 S. Biscayne Blvd, Suite 2690
                                              Miami, FL 33131
                                              (T) (305) 908-1862 / (F) (786) 800-3903
                                              Email: myip@yipcpa.com

Label Matrix for local noticing
113C-1
Case 18-18170-LMI
Southern District of Florida
Miami
Sat Oct 27 09:44:54 EDT 2018

Continental National Bank
1801 SW 1 Street
Miami, FL 33135-1995

ADT
POB 371967
Pittsburgh, PA 15250-7967

ALSCO
2631 NW 17th Lane
Pompano Beach, FL 33064-1539

AMEX
P.O. Box 297871
Ft. Lauderdale, FL 33329-7871

AMEX/DSNB
PO Box 8218
Mason, OH 45040-8218

AUM Couture
40 Norman PL
Tenafly, NJ 07670-2522

Aaronson Schantz Beiley P.A.
Miami Tower
100 SE 2nd Street, 27th Floor
Miami, FL 33131-2122

Aflac
1932 Wynnton Road
Columbus, GA 31999-0002

Alexandre Birman
Hilldun Corporation
225 West 35th Street
10th Floor
New York, NY 10001-1904

Alexis Barbara, LLC
4550 SE 75 Ave
Miami, FL 33155

Allied Paper Company
13741 SW 147 Avenue
Miami, FL 33196-2884

Altus GTS Inc.
2400 Veterans Memorial Blvd., Ste. 300
Kenner, LA 70062-8725

Amanda Uprichard
225 West 35th Street
New York, NY 10001-1904

American Express
PO Box 981537
El Paso, TX 79998-1537

Amorium, LLC
381 Park Avenue, Suite 820
New York, NY 10016-8822

Analili
13011 SW 132 St.
Miami, FL 33186-7197

Andrew Stevens Collections, Inc.
Attn: Steven Antebei
417 NE 2nd Ave.
Hallandale, FL 33009-4215

Arzz International Inc.
225 West 35th Street
10th Floor
New York, NY 10001-1904

Ash Highline United LLC
980 Washington Street, Suite 216
Dedham, MA 02026-6797

Atina Cristina
13011 SW 132 St.
Miami, FL 33186-7197

Atmosphere Diffusion
17025 W Dixie Highway
North Miami Beach, FL 33160-3764

Atmosphere Diffusion USA, LLC
17025 West Dixie Highway
North Miami Beach, FL 33160-3764

B-Low the Belt
7625 Hayvenhurst Ave.
Unit 23
Van Nuys, CA 91406-1702

BMW Financial Services
5550 Britton PkWY
OI #2071996
Hilliard, OH 43026-7456

Balboa Capital Corporation
575 Anton Blvd. 12th Floor
Costa Mesa, CA 92626-7169

Banana Republic/GECRB
POB 960017
Orlando, FL 32896-0017

Bank of America
P.O. Box 53132
Phoenix, AZ 85072-3132

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803

Barclays Bank Deleware
PO Box 8803
Wilmington, DE 19899-8803

Bariano - Showroom Five21
127 E. 9th Street, Suite 600
Los Angeles, CA 90015-1736

Bloomingdales
PO Box 8218
Mason, OH 45040-8218

Blue Sky - Surrii
45 West 28th Street
New York, NY 10001-4240

Brickell City Centre Retail, LLC
Attn: Emily Rosas
799 Brickell Plaza
Room 101
Miami, FL 33131-2808

Burr Forman, LLP
200 South Orange Ave
Suite 800
Orlando, FL 32801-6404

CHRLDR
Caleb Westbay Showroom
860 S. Los Angeles Street #308
Los Angeles, CA 90014-3313

CNS Services Corp.
777 E. 10th Street #411
Los Angeles, CA 90021-2251

Caleres, Inc. - Brown Shoes
PO Box 281777
Atlanta, GA 30384-4174

Capiccio, LLC dba Kanna
505 Sawgrass Corporate Parkway
Fort Lauderdale, FL 33325-6259

Capital Business - Australian
PO Box 100895
Atlanta, GA 30384-0895

Capital One
P.O. Box 30281
Salt Lake City, UT 84130-0281

Capital One/Neiman Marcus
PO Box 30253
Salt Lake City, UT 84130-0253

Carrano - PGF Footwear
PGF Corporation
12235 SW 128 Street
Ste. 208
Miami, FL 33186-6111

Casadei USA Inc.
130 W. 57th Street
Suite 8B
New York, NY 10019-3311

Chainson Footwear, Inc.
Attn: A/R Dept./ Collections
301 North Rice Avenue
Oxnard, CA 93030-7935

Charles David
Rosenthal & Rosenthal, Inc.
PO Box 88926
Chicago, IL 60695-1926

Chase
P.O. 15836
Wilmington, DE 19886-5836

Chase Card
PO Box 15298
Wilmington, DE 19850-5298

Chase MTG
PO Box 24696
Columbus, OH 43224-0696

CitiJewels, Inc,
385 5th Avenue, Ste. 1502
New York, NY 10016-3313

Citibank, NA
PO Box 13337
Philadelphia, PA 19101-3337

Citicards CBNA
P.O. Box 9001037
Louisville, KY 40290-1037

City National Bank
25 West Flagler Street
Miami, FL 33130-1785

Clearview Building Services
6440 SW 42 Street
Fort Lauderdale, FL 33314-3322

Comcast
P.O. Box 530098
Atlanta, GA 30353-0098

Commando, LLC
472 Meadowland Drive
Unit 10
South Burlington, VT 05403-4468

Continental Bank
1801 SW 1 Street
Miami, FL 33135-1995

Continental National Bank
1801 SW 1st Street
Miami, FL 33135-1995

Coolway Fashion Major Brands
8581 Higuera Street
Culver City, CA 90232-2535

Corporate Insurance Advisors, LLC
Mark Schwartz
1401 E. Broward Blvd., Suite 103
Fort Lauderdale, FL 33301-2100

DEX Imaging
5109 W Lemon Street
Tampa, FL 33609-1105


DVF Studio LLC
Rosenthal & Rosenthal, Inc.
PO Box 88926
Chicago, IL 60695-1926

Davis & Jones, LLC
209 West 2nd Street, Ste. 322
Fort Worth, TX 76102-3021

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577


EXPO/CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

Elan International
15885 NW 13th Ave.
Miami, FL 33169-5735

Eliya Inc.
1029 Rd. Ste. 3B
Teaneck, NJ 07666


Expo/CBNA
CCS Gray Ops Center
PO Box 6497
Sioux Falls, SD 57117-6497

FPL
General Mail Facility
Miami, FL 33188-0001

Federal Express
P.O. Box 1140
Dept. A
Memphis, TN 38101


Feel the Peace
Abrams, Davis & Keller, Inc.
1201 Sussex Turnpike
Randolph, NJ 07869-2974

Fidelity Payment Services
442 S 5th St.
Brooklyn, NY 11211-7424

Firestone
PO Box 81307
BK 14
Cleveland, OH 44181-0307


Flagstar Bank
5151 Corporate Drive
Troy, MI 48098-2639

Furla USA
432 Park Ave. South - 14th Floor
New York, NY 10016-8013

General Growth Properties
110 N. Wacker
Chicago, IL 60606-1511


Goodman Factors - Project Social T
3010 LBJ Freeway, Suite 140
Dallas, TX 75234-2739

Great American Financial Services
PO Box 660831
Dallas, TX 75266-0831

GreatAmerica Financial Services Corporat
625 First Street S.E., Suite 800
Cedar Rapids, IA 52401-2031


Grendene USA Inc.
2481 Principal Row, Suite 300
Orlando, FL 32837-8805

H Starlet LLC Dba Young Fabulous & Broke
3447 South Main Street
Los Angeles, CA 90007-4413

Hana Feel the Piece
Hana Financial
Dept 24406
Pasadena, CA 91185-0001


Hawaiian Airlines
Card Services
PO Box 13337
Philadelphia, PA 19101-3337

Holland & Knight LLP
100 North Tampa Street
Suite 4100
Tampa, FL 33602-3644

Hospitality Purchasing LLC
3981-A SW 30th Ave.
Fort Lauderdale, FL 33312


Ilhavela Holdings
dba Melissa Shoes
520 West 27th Street, Ste. 601
New York, NY 10001-5549

Indo Link Corp.
c/o Sprechman & Fisher, P.A.
2775 Sunny Isles Blvd., Ste. 100
North Miami Beach, FL 33160-4078

Inge Christopher - Whiting & Davis
1281 Anderson Drive
Suite A-C
San Rafael, CA 94901-5368

Instant Sign of South Florida
4679 SW 72nd Ave.
Miami, FL 33155-4540

Ipanema Inc. DBA Klub Nico
783 Rio Del Mar Blvd. #33
Aptos, CA 95003-4700

Isa Tapia
156 West 56th Street, Suite 1200
New York, NY 10019-3877

JAYA Apparel Group
PO Box 1036
Charlotte, NC 28201-1036

JOIA Handbags, Inc.
710 E Pico Blvd.
Suite 201
Los Angeles, CA 90021-2182

JSL Studio Int'l LLC
225 W 35th Street
10th Floor
New York, NY 10001-1904

Jeffrey Campbell
PO  Box 1036
Charlotte, NC 28201-1036

Jetstream Federal Credit Union
Florida FAA FCU
1200 NW 78th Avenue
Doral, FL 33126-1835

Jewels By Dunn
Taryn Aronson
1000 West Avenue
Apt. 1204
Miami Beach, FL 33139-4727

Jiva Active
713 Commerce Way Suite 36
Jupiter, FL 33458-5855

Joy & Mario
J&M Footwear
1121 E. Rush St.
Suite B
South El Monte, CA 91733

KB Shoes
8421 5th Avenue
Brooklyn, NY 11209-4709

KPRS Hawaii
3465 Waialae Ave.
Suite 395
Honolulu, HI 96816-2668

Kai Lani
7328 Red Road
Miami, FL 33143-5312

Kapolei Hawaii Property Company, LLC
Attention: James D. Palermo, Esq.
15436 N Florida Ave.
Suite 200
Tampa, FL 33613-1226

Kapolei Hawaii Property Company, LLC
c/o DeBartolo Development, LLC
841 Bishop Street
Suite 1070
Honolulu, HI 96813-3915

Karibbean Life, Inc.
7105 SW 47 Street
Suite 408
Miami, FL 33155-4632

Karina Grimaldi
Zaccaro Grimaldi
dba Karina Grimaldi
6900 NE 4th CT
Miami, FL 33138-5606

Kay Jewelers
375 Ghent Rd.
Akron, OH 44333-4600

Keter Environmental Services, Inc.
PO Box 417468
Boston, MA 02241-7468

Koko & Palenki Inc.
7105 SW 47 Street
Suite 408
Miami, FL 33155-4632

Koko & Palenki Retail Inc.
7105 SW 47 Street
Suite 408
Miami, FL 33155-4632

La Perez Shoes
1111 SW 8th St. #201
Miami, FL 33130-3639

Laidback London
Webhelp Logbox USA Inc.
1412 Broadway, Suite 2310
New York, NY 10018-9236

Lani Lau Hawaii - Michelle Designs
2200 Kamehameha Hwy
Suite 108
Honolulu, HI 96819-2356

Levante USA
1227 West Saint Georges Ave.
Linden, NJ 07036-6117

Lola Cruz USA, Inc.
Webhelp Logbox USA Inc.
1412 Broadway, Suite 2310
New York, NY 10018-9236

Loomis
Dept 0757
PO Box 120001
Dallas, TX 75312-0001

Louise ET Cie
CIT Group - Louise ET Cie
Commercial Services
PO Box 1036
Charlotte, NC 28201-1036

Lust for Life Footwear LLC
1086 Rd. Ste 3D
Teaneck, NJ 07666

Luxottica USA, LLC
PO Box 550
Port Washington, NY 11050-0145

Macys
POB 183083
Columbus, OH 43218-3083

Macys/DSNB
PO Box 8218
Mason, OH 45040-8218

Max Cohen
7600 Red Road
Suite 334
Miami, FL 33143-5430

McKenna, McCausland & Murphy, PA
3020 NE 32 Ave., Suite 304
Fort Lauderdale, FL 33308-7204

Melody Inc.
PO Box 522170
Miami, FL 33152-2170

Mercedes Benz Financial Services
PO Box 961
Roanoke, TX 76262-0961

Miami Fire and Rescue
9300 NW 45 St.
Miami, FL 33178

Miami Leather Co.
4334 SW 73rd Ave.
Miami, FL 33155-4552

Milberg - Chaser
Milberg Factors of CA, Inc.
99 Park Avenue
New York, NY 10016-1589

Milberg - Haute Queen, LLC
Milberg Factors of California, Inc.
99 Park Avenue
New York, NY 10016-1589

Milberg - Kendall + Kylie Shoes
Milberg Factors, Inc.
c/o MFKK, LLC
99 Park Ave.
New York, NY 10016-1589

Milberg Factors Inc.
99 Park Avenue
New York, NY 10016-1589

Mood Media
PO Box 602777
Charlotte, NC 28260-2777

Mystique, Inc.
2601 S. Santa Fe Ave.
Los Angeles, CA 90058-1117

Nationstar Bank
a/k/a Mr. Cooper
8950 Cypress Waters Blvd.
Coppell, TX 75019-4620

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Onward Luxury Group, Inc. - See by Chloe
545 West 25th Street, 4th floor
New York, NY 10001-5501

POSSE CO
510 West 52nd Street
Suite 12G
New York, NY 10019-5295

Parker Lifestyle, LLC
PO Box 786140
Philadelphia, PA 19178-6140

Pedro Garcia
CD Network
537 W 25th St., 4th Floor
New York, NY 10001-5711

Petersyn = Vogue Too
265 W 37th Street, 14th Floor
New York, NY 10018-5714

Pink Stich
c/o Hilldun Corporation
225 W 35th Street
New York, NY 10001-1904

Pitney Bowes
3001 Summer street
Stamford, CT 06926-0001

Porsche Financial SE
1 Porsche Drive
Atlanta, GA 30354-1654

Prime Business Credit Inc.
PO Box 741084
Los Angeles, CA 90074-1084

REC Solution
PO Box 699
Natchez, MS 39121-0699

Rails International, LLC
225 West 35th Street
New York, NY 10001-1904

Realtor.com
3315 Scott Blvd.
Santa Clara, CA 95054-3139

Rebecca Minkoff
16 West 22nd Street
New York, NY 10010-5969

Rosenthal - Rebecca Minkoff
1370 Broadway 3rd Floor
New York, NY 10018-7302

Rosenthal - Sen Partners, LLC
PO Box 88926
Chicago, IL 60695-1926

SDG Dadeland Assoc., Inc.
PO Box 644076
Pittsburgh, PA 15264-4076

SP Parking
4440 Ponce De Leon
Miami, FL 33146-1824

SYNC/Banana Republic
PO Box 965036
Orlando, FL 32896-5036

SYNCB/Gap
PO Box 965036
Orlando, FL 32896-5036

Sallyport Commercial Finance LLC
14100 SW FWY Suite 210
Sugar Land, TX 77478-3481

Schutz
Alexandre Birman
Hilldun Corporation
10th Floor
New York, NY 10001

Sergios Printing
14265 SW 140 Street
Miami, FL 33186-6760

Shahida Parides LLC
4500 East Speedway Blvd. #13
Tucson, AZ 85712-5305

Shops at Merrick Park
GGP
246 Altara Avenue
Suite 1406
Coral Gables, FL 33146-1456

Show Me Your Mumu
2420 E. 8th Street
Los Angeles, CA 90021-1734

Simon Property Group
225 West Washington Street
Indianapolis, IN 46204-3438

Small Business Administration
PO Box 740192
Atlanta, GA 30374-0192

Sondra Roberts
3 Empire Blvd.
South Hackensack, NJ 07606-1806

Sonn & Mittelman, PA
2999 NE 191 Street
Suite 409
Miami, FL 33180-3116

Specialized Loan Services
8742 Lucent Blvd. Ste. 300
Littleton, CO 80129-2386

Sprechman & Fisher, P.A.
2775 Sunny Isles Blvd., Ste 100
North Miami Beach, FL 33160-4078

State Farm Financial Srvs
3 State Farm Plaza, N-3
Bloomington, IL 61791-0002

Sterling National Bank
Factoring and Trade Finance Division
PO Box 75359
Kanna Shoes
Chicago, IL 60675-5359

Stuart Weitzman
2400 E Commercial Blvd.
Suite 506
Fort Lauderdale, FL 33308-4048

Stuart Weitzman, LLC
PO Box 742466
Atlanta, GA 30374-2466

StyleLine Studios, LLC
27 West 24 Street, Suite 800
New York, NY 10010-3261

Sundays
CIT Group Commercial Service, Inc.
PO Box 1036
Charlotte, NC 28201-1036

Suntrust Bank
211 Perimeter Center Parkway
Suite 100
Atlanta, GA 30346-1305

Suntrust Bank, NA
303 Peachtree Street, NE
Suite 3600
Atlanta, GA 30308-3225

THD/CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

Terez
555 Eighth Ave.
Fl 3
New York, NY 10018-4308

Terez
PO Box 1036
c/o Crestmark
Charlotte, NC 28201-1036

The Brooder, LLC
The White Brand
3250 NE 1st Ave. #705
Miami, FL 33137-4092

The CIT Grou
Commercial Services, Inc.
PO BOX 1036
c/o Crestmark
Charlotte, NC 28201-1036

The CIT Group/Commercial Services, Inc.
PO Box 1036
c/o Merchant
Charlotte, NC 28201-1036

The Drew Phillips Corp.
dba J Cooper, Drew
231 West 39th Street, #412
New York, NY 10018-1070

Tiana Designs
1500 Hudson Street, Suite 11 E
Hoboken, NJ 07030-5590

Titan Industries, Inc.
Milberg Factors, Inc.
Badgley Mischka Footwear
99 Park Ave.
New York, NY 10016-1589

Tory Burch Shoes, LLC
PO Box 360646
Pittsburgh, PA 15251-6600

Total Bank
2720 Coral Way
Miami, FL 33145-3202

Turnberry Associates
19501 Biscayne Boulevard, Suite 400
Miami, FL 33180-2337

Tyco Integrated Security
10405 Crosspoint Blvd.
Indianapolis, IN 46256-3323

Tyco Integrated Security, LLC
Lockbox 223670
Pittsburgh, PA 15251-2670

UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001

US Bank
PO Box 3447
Oshkosh, WI 54903-3447

United States Department of Treasury
1500 Pennsylvania Ave. NW
Washington, D.C. 20220-0002

Universale CD CBNA
PO Box 6241
Sioux Falls, SD 57117-6241

Vicini America, Inc. - Giuseppe Zanotti
730 Fifth Avenue, 18th Floor
New York, NY 10019-4105

Village of Merrick Park
SDS-12-3090
PO Box 86
Minneapolis, MN 55486-0086

Vion Holdings LLC
101 Crossways Park Dr. W
Woodbury, NY 11797-2020

(p)VOLKSWAGEN CREDIT UNION
1401 FRANKLIN BLVD
LIBERTYVILLE IL 60048-4460

Volkswagen Credit
POB 17497
Baltimore, MD 21297-1497

Wells Fargo - Michael Kors
100 Park Avenue, 3rd Floor
New York, NY 10017-5562

Wells Fargo Financial
CSCL Dispute Team
MAC N8235-04M, PO Box 14517
Des Moines, IA 50306-3517

Yosi Samra
530 7TH Avenue, M1
New York, NY 10018-4855

Yosi Samra
Sally Port Comm.
Finance, LLC
14100 SW Fwy., Suite 210
Sugarland, TX 77478-3481

Zales/CBNA
PO Box 6497
Sioux Falls, SD 57117-6497

Zenith Insurance Company
21255 Caliga Street
Woodland Hills, CA 91367-5021

Zwicker & Associates, P.C
700 W. Hillsboro Blvd.
Building 2, Suite 201
Deerfield Beach, FL 33441-1616

lasperezshoes.com LLC
c/o Anne R. Grupp
1418 Carne Road
Suite 200
Ojai, CA 93023-9613

Jessika A Graham
25 SE 2nd Avenue
Suite 248
Miami, FL 33131-1508

Joel L Tabas Esq
25 SE 2nd Avenue
Suite 248
Miami, FL 33131-1508

Justin J Garcia
7968 SW 105 PL
Miami, FL 33173-2937

Maria Yip
2 S. Biscayne Blvd #2690
Miami, FL 33131-1815

Martin Claire
1835 E Hallandale Beach Blvd
Hallandale Beach, FL 33009-4619

Pamela Adriana Garcia
7968 SW 105 PL
Miami, FL 33173-2937

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
PO Box 982238
El Paso, TX 79998-2238

Dell Financial Services
Mail Stop PS2DF-23
One Dell Way
Round Rock, TX 78682

Volkswagen Credit
PO Box 3
Hillsboro, OR 97123

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

(d)Capital One
POB 30281
Salt Lake City, UT 84130-0281

(d)Grendene USA, Inc.
2481 Principal Row
Suite 300
Orlando, FL 32837-8805

End of Label Matrix
Mailable recipients   212
Bypassed recipients     3
Total                 215